| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-02610 |
|---|---|---|---|
| State Auto Property and Casualty Insurance Company as Subrogee of Erica Jones ||||
| *versus* ||||
| Louisiana-Pacific Corporation ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Matt R. Leffler<br>Evans & Dixon<br>211 N Broadway, Ste 2500<br>Saint Louis, MO 63102<br>314-552-4063<br>MO 62110<br>EDMO 62110MO |
|---|---|
| Seeks to appear for this party: | State Auto Property and Casualty Insurance Company |
| Dated: 9/9/2013 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

Order    This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                   United States District Judge